IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

**SEALED**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 4 2006

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.   **6-06CR   025   C** |
| | § | |
| JOE ARZOLA RAMIREZ (1) | § | |
| JOE ANGEL RAMIREZ (2) | § | |
| RODNEY ALLEN GARCIA (3) | § | |
| also known as "Wimpy" | § | |
| ELIZABETH GARCIA (4) | § | |
| FELISHA HASTY (5) | § | |
| VICTOR SAMANIEGO (6) | § | |
| AUBREY WALKER (7) | § | |
| LORRIE ANN GARCIA (8) | § | |
| MARK TREVINO (9) | § | |
| JOHN PAUL VASQUEZ (10) | § | |

THE GRAND JURY CHARGES:

Count 1
Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine
(21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii))

Beginning in and around the summer of 2004, and continuing through the date of

this Indictment, in the San Angelo Division of the Northern District of Texas and

elsewhere, **Joe Arzola Ramirez, Joe Angel Ramirez, Rodney Allen Garcia, also**

**known as "Wimpy", Elizabeth Garcia, Felisha Hasty, Victor Samaniego, Aubrey**

**Walker, Lorrie Ann Garcia, Mark Trevino,** and **John Paul Vasquez,** defendants, did

unlawfully, knowingly and intentionally, combine, conspire, confederate and agree

Indictment - Page 1

together and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

<u>MANNER AND MEANS</u>

It was part of this conspiracy that one or more of the defendants and other co-conspirators would and did:

1.  Organize, manage and otherwise arrange for the acquisition of various quantities of Methamphetamine;

2.  Transport or cause others to transport Methamphetamine to and through the Northern District of Texas and elsewhere;

3.  Divide, package and distribute Methamphetamine to others for personal use and for further distribution; and,

4.  Deliver or cause others to deliver United States currency and other forms of payment for the purchase of Methamphetamine.

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, the defendants and co-conspirators, committed and cause to be committed the following overt acts in the Northern District of Texas and elsewhere:

**Indictment - Page 2**

1.    The remaining counts of this indictment are hereby incorporated as overt acts of this conspiracy.

In violation of Title 21, United States Code, Section 846 (841(a)(1) & 841(b)(1)(A)(viii)).

<u>Count 2</u>
Possession With Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about February 18, 2005, in the San Angelo Division of the Northern

District of Texas and elsewhere, the defendant, **Rodney Allen Garcia, also known as**

**"Wimpy",** and others both known and unknown to the Grand Jury, did knowingly and

intentionally possess with intent to distribute less than 50 grams of a mixture and

substance containing a detectable amount of Methamphetamine, a Schedule II controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

and Title 18, United States Code, Section 2.

**Indictment - Page 4**

<u>Count 3</u>
Possession With Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about October 20, 2005, in the San Angelo Division of the Northern District

of Texas and elsewhere, the defendants, **Joe Arzola Ramirez, Elizabeth Garcia,** and

others both known and unknown to the Grand Jury, did knowingly and intentionally

possess with intent to distribute less than 50 grams of a mixture and substance containing

a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

and Title 18, United States Code, Section 2.

Count 4
Possession With Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(viii))

On or about December 19, 2005, in the San Angelo Division of the Northern

District of Texas and elsewhere, the defendants, **Joe Arzola Ramirez, Felisha Hasty,**

and others both known and unknown to the Grand Jury, did knowingly and intentionally

possess with intent to distribute more than 50 grams of a mixture and substance

containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

**Indictment - Page 6**

<u>Count 5</u>
Possession With Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about January 9, 2006, in the San Angelo Division of the Northern District of Texas and elsewhere, the defendants, **Joe Arzola Ramirez, Victor Samaniego,** and others both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**Indictment - Page 7**

<u>Count 6</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. §§ 924(c) and 2)

On or about January 9, 2006, in the San Angelo Division of the Northern District

of Texas and elsewhere, the defendant, **Victor Samaniego**, did knowingly and

intentionally possess a firearm, to wit:  a Henry Repeating Arms , .22 caliber rifle bearing

serial number 116807H, in furtherance of drug trafficking crimes, that is, Conspiracy (as

charged in Count 1 of this Indictment) and Possession With Intent to Distribute

Methamphetamine (as charged in Count 5 of this Indictment) in violation of Title 21,

United States Code, §§ 846 and 841(a)(1), offenses for which he may be prosecuted in a

court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

**Indictment - Page 8**

Count 7
Possession of a Firearm by a Convicted Felon
(18 U.S.C. § 922(g)(1) and 2)

On or about January 9, 2006, in the San Angelo Division of the Northern District

of Texas and elsewhere, **Victor Samaniego**, defendant, a person who had previously

been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess in and affecting interstate or foreign commerce, a firearm, to wit:  a

Henry Repeating Arms , .22 caliber rifle bearing serial number 116807H.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

<u>Count 8</u>
Possession With Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about January 14, 2006, in the San Angelo Division of the Northern District

of Texas and elsewhere, the defendant, **Joe Angel Ramirez,** and others both known and

unknown to the Grand Jury, did knowingly and intentionally possess with intent to

distribute less than 50 grams of a mixture and substance containing a detectable amount

of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

and Title 18, United States Code, Section 2.

**Indictment - Page 10**

## Count 9
Possession of Firearms in Furtherance of a Drug Trafficking Crime
(18 U.S.C. §§ 924(c) and 2)

On or about January 14, 2006, in the San Angelo Division of the Northern District of Texas and elsewhere, the defendant, **Joe Angel Ramirez**, did knowingly and intentionally possess firearms, to wit: a Bryco Arms, Model Jennings 9, 9mm caliber semi-automatic pistol bearing serial number 1375729 and a Chinese (Norinco), Model SKS, 7.62 x 39 caliber semi-automatic rifle bearing serial number 5-1507752, in furtherance of drug trafficking crimes, that is, Conspiracy (as charged in Count 1 of this Indictment) and Possession With Intent to Distribute Methamphetamine (as charged in Count 8 of this Indictment) in violation of Title 21, United States Code, §§ 846 and 841(a)(1), offenses for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

Count 10
Possession With Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about January 14, 2006, in the San Angelo Division of the Northern District of Texas and elsewhere, the defendant, **Aubrey Walker,** and others both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**Indictment - Page 12**

<u>Count 11</u>
Possession With Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about February 1, 2006, in the San Angelo Division of the Northern District

of Texas and elsewhere, the defendant, **Lorrie Ann Garcia,** and others both known and

unknown to the Grand Jury, did knowingly and intentionally possess with intent to

distribute less than 50 grams of a mixture and substance containing a detectable amount

of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

and Title 18, United States Code, Section 2.

Indictment - Page 13

Count 12
Possession With Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(viii))

On or about April 11, 2006, in the San Angelo Division of the Northern District of

Texas and elsewhere, the defendants, **Mark Trevino, John Paul Vasquez,** and others

both known and unknown to the Grand Jury, did knowingly and intentionally possess

with intent to distribute more than 50 grams of a mixture and substance containing a

detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(viii) and Title 18, United States Code, Section 2.

A TRUE BILL:

)

**REDACTED**

F

RICHARD B. ROPER
United States Attorney

TANYA K. PIERCE
Assistant United States Attorney
Texas State Bar No. 15103300
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel: 806.472.7351
Fax: 806.472.7259

**Indictment - Page 14**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes X No   New Defendant: X Yes ☐ No

Pending CR Case in NDTX: ☐ Yes X No  If Yes, number:

Search Warrant Case Number _____

R 20 from District of _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   Yes X   No ☐

   Defendant Name     Joe Arzola Ramirez

   Alias Name

   Address

   County in which offense was committed:     Tom Green

   **6-06CR   025 C**

   **SEALED**

2. **U.S. Attorney Information**

   AUSA ____Tanya K. Pierce_____     Bar # ___15103300_____

3. **Interpreter**

   ☐ Yes   X No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date :

   ☐   Already in Federal Custody     _____ in  _____
   ☐   Already in State Custody
   ☐   On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: __4__   ☐ Petty     ☐ Misdemeanor   X Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 USC 846 | Conspiracy | 1 |
   | 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 3, 4, 5 |

Date ____06/14/06_____     Signature of AUSA: _Tanya K. Pierce_____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

### Related Case Information

Superseding Indictment: ☐ Yes  X No   New Defendant: X Yes  ☐ No

Pending CR Case in NDTX:   ☐ Yes  X No   If Yes, number:

Search Warrant Case Number _____

R 20 from District of_____

**1.     Defendant Information**

Juvenile:   ☐ Yes   ☒ No

If Yes, Matter to be sealed:

Yes X   No ☐

Defendant Name        Joe Angel Ramirez

Alias Name

Address

County in which offense was committed:      Tom Green

**SEALED**

6-06 CR   025  C

**2.     U.S. Attorney Information**

AUSA ____Tanya K. Pierce_____        Bar # ___15103300_____

**3.     Interpreter**

☐ Yes   X No      If Yes, list language and/or dialect: _____

**4.     Location Status**

Arrest Date :

☐     Already in Federal Custody     _____ in  _____

☐     Already in State Custody

☐     On Pretrial Release

**5.     U.S.C. Citations**

Total # of Counts as to This Defendant: __3__   ☐ Petty      ☐ Misdemeanor    X Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy | 1 |
| 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 8 |
| 18 USC 924(c) & 2 | Possession of Firearm in Furtherance of Drug Trafficking Crime & Aiding & Abetting | 9 |

Date ____06/14/06_____        Signature of AUSA: _____*Tanya K. Pierce*_____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes  X No   New Defendant: X Yes  ☐ No

Pending CR Case in NDTX: ☐ Yes  X No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

1.  **Defendant Information**

Juvenile: ☐ Yes  ☒ No

If Yes, Matter to be sealed:

Yes X   No ☐

Defendant Name        Rodney Allen Garcia

Alias Name

Address

County in which offense was committed:        Tom Green

**SEALED**

**6-06CR 025**

2.  **U.S. Attorney Information**

AUSA ____ Tanya K. Pierce _____        Bar # ___15103300_____

3.  **Interpreter**

☐ Yes   X No   If Yes, list language and/or dialect: _____

4.  **Location Status**

Arrest Date :

☐   Already in Federal Custody        _____ in _____

☐   Already in State Custody

☐   On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: __2__   ☐ Petty   ☐ Misdemeanor   X Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy | 1 |
| 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 2 |

Date ____06/14/06_____        Signature of AUSA: ____ *Tanya K. Pierce* _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes X No   New Defendant: X Yes ☐ No

Pending CR Case in NDTX: ☐ Yes X No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

### 1. Defendant Information

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

Yes X   No ☐

Defendant Name        Elizabeth Garcia

Alias Name

Address

County in which offense was committed:        Tom Green

**SEALED**

**6-06CR  025  C**

### 2. U.S. Attorney Information

AUSA ____Tanya K. Pierce_____        Bar # ___15103300_____

### 3. Interpreter

☐ Yes   X No        If Yes, list language and/or dialect: _____

### 4. Location Status

Arrest Date :

☐   Already in Federal Custody        _____ in _____

☐   Already in State Custody

☐   On Pretrial Release

### 5. U.S.C. Citations

Total # of Counts as to This Defendant: __2__   ☐ Petty        ☐ Misdemeanor   X Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy | 1 |
| 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 3 |

Date ____06/14/06_____        Signature of AUSA: ___*Tanya K. Pierce*_____

*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:

Search Warrant Case Number _____

R 20 from District of _____

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

Yes ☒   No ☐

**SEALED**

6-06CR 025 C

Defendant Name     Felisha Hasty

Alias Name

Address

County in which offense was committed:     Tom Green

2. **U.S. Attorney Information**

AUSA ____Tanya K. Pierce_____     Bar # ___15103300_____

3. **Interpreter**

☐ Yes  ☒ No     If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date :

☐   Already in Federal Custody   _____ in _____

☐   Already in State Custody

☐   On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: __2__   ☐ Petty     ☐ Misdemeanor     ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy | 1 - |
| 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 4 |

Date ____06/14/06_____     Signature of AUSA: _____*Tanya K. Price*_____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes  X No   New Defendant: X Yes  ☐ No

Pending CR Case in NDTX:  ☐ Yes  X No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No

   If Yes, Matter to be sealed:

   Yes X    No ☐

   Defendant Name        Victor Samaniego

   Alias Name

   Address

   County in which offense was committed:    Tom Green

**SEALED**

**6-06CR 025-0**

2. **U.S. Attorney Information**

   AUSA ____Tanya K. Pierce_____        Bar # ___15103300_____

3. **Interpreter**

   ☐ Yes   X No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date :

   ☐   Already in Federal Custody    _____ in _____
   ☐   Already in State Custody
   ☐   On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: __4__   ☐ Petty    ☐ Misdemeanor    X Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy | 1 |
| 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 5 |
| 18 USC 922(c) & 2 | Possession of Firearm in Furtherance of Drug Trafficking Crime & Aiding & Abetting | 6 |
| 18 USC 922(g)(1) & 2 | Possession of Firearm by a Convicted Felon & Aiding & Abetting | 7 |

Date ____06/14/06_____        Signature of AUSA: _____ *Tanya K. Pierce* _____

*Criminal Case Cover Sheet*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes  X No   New Defendant: X Yes  ☐ No

Pending CR Case in NDTX: ☐ Yes  X No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of_____

**1.    Defendant Information**

Juvenile:  ☐ Yes  ☒ No

If Yes, Matter to be sealed:

Yes X    No ☐

Defendant Name        Aubrey Walker

Alias Name

Address

County in which offense was committed:      Tom Green

**SEALED**

**6-06CR  025  C**

**2.    U.S. Attorney Information**

AUSA ____Tanya K. Pierce_____        Bar # ___15103300_____

**3.    Interpreter**

☐ Yes   X No    If Yes, list language and/or dialect: _____

**4.    Location Status**

Arrest Date :

☐    Already in Federal Custody    _____ in _____

☐    Already in State Custody

☐    On Pretrial Release

**5.    U.S.C. Citations**

Total # of Counts as to This Defendant: __2__   ☐ Petty       ☐ Misdemeanor    X Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy | 1 |
| 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 10 |

Date ____06/14/06_____        Signature of AUSA: ____*Tanya K. Pierce*_____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes X No   New Defendant: X Yes ☐ No

Pending CR Case in NDTX: ☐ Yes X No  If Yes, number:

Search Warrant Case Number_____

R 20 from District of_____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   Yes X   No ☐

   Defendant Name        Lorrie Ann Garcia

   Alias Name

   Address

   County in which offense was committed:        Tom Green

   **SEALED**

   **6-06CR 025 C**

2. **U.S. Attorney Information**

   AUSA _____Tanya K. Pierce_____        Bar # ____15103300_____

3. **Interpreter**

   ☐ Yes   X No        If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date :

   ☐   Already in Federal Custody   _____ in _____

   ☐   Already in State Custody

   ☐   On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: __2__   ☐ Petty        ☐ Misdemeanor        X Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy | 1      - |
| 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 11 |

Date _____06/14/06_____        Signature of AUSA: _____*Tanya K. Pierce*_____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: |
| Search Warrant Case Number_____ |
| R 20 from District of_____ |

**1.**   **Defendant Information**

Juvenile:   ☐ Yes   ☒ No

If Yes, Matter to be sealed:

Yes ☒   No ☐

Defendant Name          Mark Trevino

Alias Name

Address

County in which offense was committed:      Tom Green

**SEALED**

**6-06CR   025   C**

**2.**   **U.S. Attorney Information**

AUSA _____Tanya K. Pierce_____          Bar # ___15103300_____

**3.**   **Interpreter**

☐ Yes   ☒ No      If Yes, list language and/or dialect: _____

**4.**   **Location Status**

Arrest Date :

☐   Already in Federal Custody   _____ in _____

☐   Already in State Custody

☐   On Pretrial Release

**5.**   **U.S.C. Citations**

Total # of Counts as to This Defendant: __2_   ☐ Petty      ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy | 1 |
| 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 12 |

Date ____06/14/06_____          Signature of AUSA: ____*Tanya K. Pierce*_____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes X No   New Defendant: X Yes  ☐ No |
| Pending CR Case in NDTX :   ☐ Yes X No  If Yes, number: |
| Search Warrant Case Number |
| R 20 from District of |

**SEALED**

**6-06CR 025 C**

1. **Defendant Information**

   Juvenile:   ☐ Yes  ☒ No
   If Yes, Matter to be sealed:
   Yes X   No   ☐

   Defendant Name        John Paul Vasquez
   Alias Name
   Address
   County in which offense was committed:    Tom Green

2. **U.S. Attorney Information**
   AUSA ____Tanya K. Pierce_____        Bar # ___15103300_____

3. **Interpreter**
   ☐ Yes   X No      If Yes, list language and/or dialect: _____

4. **Location Status**
   Arrest Date :
   ☐   Already in Federal Custody  _____ in  _____
   ☐   Already in State Custody
   ☐   On Pretrial Release

5. **U.S.C. Citations**
   Total # of Counts as to This Defendant: __2_   ☐ Petty      ☐ Misdemeanor   X Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 USC 846 | Conspiracy | 1 |
| 21 USC 841(a)(1), 841(b)(1)(B)(viii) & 841(b)(1)(C) & 18 USC 2 | Possession With Intent to Distribute Methamphetamine & Aiding & Abetting | 12 |

Date ____06/14/06_____        Signature of AUSA: _____*Tanya K. Pierce*_____