UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 16 2006
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No: 6:06-CR-25-2-C |
| | § |
| JOE ANGEL RAMIREZ | § |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus (X) ad prosequendum () ad testificandum and

1. JOE ANGEL RAMIREZ
   (Detainee further described on the attached page)

2. Detained by: Tom Green County Jail, San Angelo, Texas

3. Detainee is charged in this district by (X) Indictment ( ) Information ( ) Complaint, OR () is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on ___Instanter___ for Initial Appearance before the United States Magistrate Court, San Angelo, Texas.

_____
TANYA K. PIERCE
Assistant United States Attorney

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                                    ( ) Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time, and for the proceeding recited above, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed: _____June 16, 2006_____

                                              PHILIP R. LANE
                                              UNITED STATES MAGISTRATE JUDGE