# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## SAN ANGELO DIVISION

HONORABLE PHILIP R. LANE, PRESIDING
DEPUTY CLERK CRISS FLOCK
LAW CLERK _____
INTERPRETER _____
A.M. **11:14**   P.M. _____

COURT REPORTER/TAPE **1446 (0-140) / 1445 (6351-7410)**
USPO/USPT **C. RASURA**
COURT TIME: **:02**
DATE: 7-13-06

## 6:06-CR-025 (02)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | Tanya Pierce, AUSA |
| v. | § | |
| | § | |
| **Joe Angel Ramirez** | § | Harley Huff           (A) |
| Defendant's Name | | Deft Counsel/Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT / ~~REARRAIGNMENT~~

- ☐ Defendant SWORN.
- ☒ Arraignment ☐ Rearraignment - Held on count(s) **1, 8, 9** ☐ Complaint of the **12** count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
- ☐ New Sentencing Guidelines (NSG) offense committed on or after 11/1/87.
- ☒ Deft enters a plea of ☒ Not Guilty ☐ Guilty ☐ Nolo
- ☐ Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
- ☐ Waiver of Jury Trial
- ☐ Waiver of Indictment, filed.
- ☐ Plea Agreement accepted. ☐ Court defers acceptance of Plea Agreement.
- ☐ Plea Agreement filed (see agreement for details). ☐ No Plea Agreement.
- ☐ Plea Agreement included with Factual Resume.
- ☐ Factual Resume filed.
- ☐ Sentencing set _____ at _____ a.m./p.m.
- ☒ Trial set for **08-14-06** at _____ a.m./p.m.
- Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
- ☐ Order for PSI, Disclosure Date and Setting Sentencing entered.
- ☐ PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____
- ☐ Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Bond ☐ continued ☐ forfeited
- ☒ Deft Custody/Detention continued.
- ☐ Deft REMANDED to custody.
- ☒ Deft (waived)/requested reading of the indictment.

OTHER PROCEEDINGS: *Waiver of Detention filed*

**FILED JUL 13 2006 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS**