

FILED
OCT 26 2006
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

## FACTUAL RESUME

UNITED STATES OF AMERICA v. JOE ANGEL RAMIREZ
6:06-CR-25-C - SAN ANGELO DIVISION - NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| INDICTMENT: | TO BE ARRAIGNED ON COUNT 8 OF THE INDICTMENT - Charging violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2 - Possession With Intent to Distribute Methamphetamine and Aiding and Abetting. |
| MAXIMUM PENALTY: | A term of imprisonment for not more than 20 years, a fine not to exceed $1,000,000, or both. A mandatory term of supervised release of not less than 3 years, which must follow any term of imprisonment. If Ramirez violates the conditions of supervised release, he could be imprisoned and subject to additional terms of supervised release and imprisonment as determined by the Court in accordance with law. |
| MANDATORY ASSESSMENT: | $100.00 |
| PLEA AGREEMENT: | As set forth in the Plea Agreement attached hereto and incorporated herein. |
| ELEMENTS OF THE OFFENSE: | The elements of the offense of Possession With Intent to Distribute Methamphetamine are as follows: |

1. That Joe Angel Ramirez knowingly and intentionally possessed a controlled substance;

2. That the substance was, in fact, Methamphetamine;

3. That Ramirez possessed this Methamphetamine with intent to distribute it;

3. That the quantity of the Methamphetamine was less than 50 grams (however, Ramirez understands and agrees that he will be held responsible under the

Plea Agreement - Page 10

"Relevant Conduct" provisions of the Sentencing Guidelines for all Methamphetamine for which he is foreseeaby responsible which is at least 5 kilograms but less than 15 kilograms of a mixture and substance containing a detectable amount of Methamphetamine. Any drug and/or money amounts that came to the government's attention by way of his proffer cannot and will not be used against him); and,

4. That Joe Angel Ramirez is, in fact, one of the persons who committed this offense.

FACTS: The defendant admits and agrees that the following facts are true and correct:

During the time periods relevant to this indictment, the defendant, Joe Angel Ramirez, the co-conspirators named in this indictment and other conspirators not named in this indictment, obtained, stored, packaged and sold various quantities of Methamphetamine in the San Angelo, Texas area. Specifically during the time periods alleged herein, the defendant would obtain Methamphetamine from other conspirators and distribute it to others. The defendant would get money for the sale of this Methamphetamine and use those proceeds to purchase more Methamphetamine in order to carry on his drug trafficking business. During the time periods set forth in this indictment, the defendant was responsible for obtaining and distributing at least 5 kilograms but less than 15 kilograms of a mixture and substance containing a detectable amount of Methamphetamine.

In furtherance of his Methamphetamine trafficking business, on or about January 14, 2006, a search and arrest warrant was obtained for the defendant and his residence located at 210 Windham, San Angelo, Texas. Law enforcement agents were conducting surveillance on Ramirez' residence prior to the execution of that warrant. Officers observed the defendant and another person leave his residence in Ramirez' 1999 Pontiac

Plea Agreement - Page 11

Trans Am. Ramirez was stopped by law enforcement officers. Officers found three (3) plastic baggies containing suspected Methamphetamine in the defendant's front pants pocket (the Texas Department of Public Safety laboratory analyzed the substance and determined it was 36.02 grams of Methamphetamine). They also located $422.00 in drug proceeds in Ramirez' pants pocket.

Law enforcement officers searched Ramirez' Trans Am. They found a loaded Bryco Arms, Model Jennings 9, 9mm caliber semi-automatic pistol bearing serial number 1375729 in the driver's floorboard.

During the search of Ramirez' residence, officers found scales, drug packaging, "cut" used to dilute Methamphetamine, surveillance cameras, a Norinco, Model SKS, 7.62 x 39 caliber rifle, ammunition, drug writings and other items indicative of drug trafficking.

Joe Angel Ramirez admits, confesses and acknowledges that during the time periods set forth in this indictment, in the San Angelo Division of the Northern District of Texas and elsewhere, he, the others named in this indictment and others known and unknown did unlawfully, knowingly and intentionally possess with intent to distribute less than 50 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance. Ramirez agrees and admits that he is foreseeably responsible for all controlled substances possessed by him (with intent to distribute it), distributed by him, negotiated for by him or for which he was otherwise foreseeably responsible during the relevant time periods of this indictment which is at least 5 kilograms but less than 15 kilograms of a mixture and substance containing a detectable amount of Methamphetamine. All other drug and/or money amounts came to the government's attention by way of Ramirez's cooperation and proffer and therefore may not be used against him. Ramirez further admits and

acknowledges that not every fact known to the government or to him is set forth in this Factual Resume but only those facts necessary to form an adequate factual basis for his plea of guilty to Count 8 of this indictment.

The above facts are true and correct:

*Joe Angel Ramirez*       10·23·06
Joe Angel Ramirez      Date

Witnessed by:    *Harley Huff*      10·23-06
                Harley Huff            Date
                Attorney for the defendant