IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 6:06-CR-025-02-C |
| | ) | ECF |
| JOE ANGEL RAMIREZ | ) | |

## ORDER

The Motion to Revoke Supervised Release is set for hearing at 10:00 a.m. on March 23, 2018, in the United States District Court, Lubbock, Texas.

SO ORDERED.

Dated March 8, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE